FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 04 2007

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ARKANSAS MEDICAL SOCIETY, INC.;
INDEPENDENT LIVING RESOURCE CENTER, INC.
(MAINSTREAM LIVING); MAHLON O. MARIS, M.D.;
ARKANSAS DISABILITY COALITION;
ARKANSAS ASSOCIATION OF HOME HEALTH
AGENCIES, INC.; PHYLLIS HENRY;
MICHAEL FINAN, M.D.; BETTY PARKER;
ARKANSAS STATE DENTAL ASSOCIATION;
LESTER M. SITZES III, D.D.S.;
ARKANSAS ADAPT; ARKANSAS SPEECH-
LANGUAGE-HEARING ASSOCIATION, INC.;
ARKANSAS CHAPTER AMERICAN PHYSICAL
THERAPY ASSOCIATION; ARKANSAS CHIROPRACTIC
ASSOCIATION; and ARKANSAS PODIATRIC
MEDICAL ASSOCIATION                                  PLAINTIFFS

VS.                    No. LR-C-92-429

JACK REYNOLDS, DIRECTOR,
DEPARTMENT OF HUMAN SERVICES,
STATE OF ARKANSAS,                                   DEFENDANT

## ORDER

The parties appear before the Court mutually requesting consent to entry of an amendment to the Consent Decree in this matter. The amended is attached hereto and clarifies the reimbursement rates for physical therapy services by home health providers. The Court hereby enters same.

The attached home health amendment shall be referenced as pages 17 and 18 of the Appendix to the decree. The amendment replaces the previous home health provisions on pages 17 and 18 of the original 1994 Consent Decree.

Except as specifically modified hereby, the Consent Decree shall remain in full force and effect.

IT IS SO ORDERED this 4th day of April 2007.

*Susan Webber Wright*
JUDGE SUSAN WEBBER WRIGHT
UNITED STATES DISTRICT COURT

Approved By:

David Ivers    By: Craig Wilson
               Bar # 2006068
David Ivers

Breck G. Hopkins

# ARKANSAS MEDICAID HOME HEALTH
# REIMBURSEMENT METHODOLOGY

Home health reimbursement was calculated using audited 1990 Medicare cost reports for three high volume Medicaid providers, Medical Personnel Pool, Arkansas Home Health, W.M., and the Visiting Nurses Association. The cost per visit was established and inflated through the home healths' 1993 cost reporting periods. The inflation factor used was the Home Health Market Basket Index reflected in the Federal Register dated July 8, 1993. The inflated cost per visit was then weighted by the total Medicaid visits per the providers' fiscal year. A weighted average was then calculated.

Physical therapy services by home health providers will be reimbursed on a per visit basis based on cost reports in this home health reimbursement methodology. The physical therapists' reimbursement methodology on Appendix pages 20 to 24 shall not apply to physical therapy services by home health providers.

For registered nurses (RN) and licensed practical nurses (LPN) the Full Time Equivalent Employees (FTE's) listed on cost report worksheet S-1, Part II, were used to allocate nursing costs and units of service (visits). It was necessary to make the allocations because home health agencies are not required by Medicare to separate their registered nurse and licensed practical nurse costs or visits on the annual cost report.

RN & LPN salaries and fringes were separated using an Office of Personnel Management Survey, which indicated that RN's, on an average, are paid 36% more than licensed practical nurses. Conversely, if RN's are paid 36% more than LPN's, then LPN's are paid, on an average, 73.5% of what RN's earn. Cost report salaries and fringes were allocated based on 100% of RN FTE's and 73.5% of LPN FTE's. Other costs and service units (visits) were allocated based on 100% of RN FTE's and 100% of LPN FTE's. RN and LPN unit service (visit) costs were then calculated using a weighted average for the three facilities and inflated accordingly to the above mentioned adjustment factors.

Since home health reimbursement is based on audited cost, the home health rates will be adjusted annually by the Home Health Market Basket Index. This adjustment will occur at the beginning of the State fiscal year July 1. Every third year the cost per visit will be rebased utilizing the most current audited cost report from the same three providers and using the same formula described above.

Arkansas Medicaid will reimburse 100% of the Medicare maximum for medical supplies reflected in the 1993 Arkansas Medicare Durable Medical Equipment Fee Schedule. The appropriate Medicare procedure code must be utilized in lieu of the Medicaid procedure code Z0003 – Home health Medical supplies. The monthly benefit limit of $100.00 will not change.

The benefit limit for home health visits will be increased to 50 visits per State fiscal year July 1 through June 30. Maximum benefit limits may be extended for recipients if found to be medically necessary by the medical consultant for the Office of Medical Services.

The injection only code will become non-payable.

Listed below are the proposed Arkansas Medicaid maximums.

| | | |
|---|---|---|
| Z0001 | Visits by Nurse Aid | - $30.63 |
| Z0002 | Visits by Registered Nurse | - $62.62 |
| Z0005 | Physical Therapy – Home Health | - $65.88 |
| Z1761 | Home Health Licensed Practical Nurse Visit | - $52.59 |

The above changes will be effective for dates of service on or after July 1, 1994, and be subject to adjustments for procedure code updates and payment increases as provided in the reimbursement methodology. Procedure code updates shall not be used to eliminate payment for a particular service.

David Ivers
Attorney for Plaintiffs

By: Craig Wilson
Bar # 2006068

Breck Hopkins
Attorney for Defendant